DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONTECH ENGINEERED SOLUTIONS LLC,**
Appellant,

v.

**RANGER CONSTRUCTION INDUSTRIES, INC.,**
Appellee.

No. 4D18-296

[October 18, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2017-CA-008279-XXXX-MB.

David E. Gurley and Joseph M. Herbert of Gurley & Associates, Sarasota, for appellant.

Megan S. Reynolds and Bradley S. Copenhaver of Vezina, Lawrence & Piscitelli, P.A., Tallahassee, and Robert L. Frye of Vezina, Lawrence & Piscitelli, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***